**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03233-REB-CBS

ROGER HOPPE, II, a resident of Michigan,

    Plaintiff,

v.

PERCHERON ASSOICATES, LLC, a Delaware limited liability company, and
RONDA S. CANTER, in individual and resident of Massachusetts,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on defendants' **Motion To Dismiss and Brief In Support Thereof** [#6][2] filed January 3, 2012.  The motion is **STRICKEN** for failure to comply with the United States District Court, District of Colorado's CM/ECF procedure 5.8.C.  Counsel is also advised to review and comply with REB Civ. Practice Standards II.E. and V.B.1.

    Dated:  January 4, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#6]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.