IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03233-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: January 16, 2013** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| ROGER HOPPE, II, *et al.*, | Michael L. Glaser |
| Plaintiffs/Counter Defendants, | |
| v. | |
| PERCHERON ASSOCIATES, LLC, *et al.*, | Timothy J. Lamb |
| Defendants/Counter Claimants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:      1:22 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION for Joinder of Parties (Docket No. 35, filed on 10/04/2012), the plaintiff's RESPONSE to #35 MOTION for Joinder of Parties (Docket No. 36, filed on 10/25/20121), and the defendant's REPLY to Response to #35 MOTION for Joinder of Parties (Docket No. 37, filed on 11/08/2012).

Mr. Lamb and Mr. Glaser present oral arguments and engage in discussion with court. The court cites relevant case law.

For reasons as stated on the record,

**ORDERED:**   The court **GRANTS IN PART and DENIES IN PART** the defendant's MOTION for Joinder of Parties (Docket No. 35, filed on 10/04/2012).

The court denies this motion to the extent that it seeks to join Charles B Moss, Jr. as a party plaintiff.

The court further denies this motion to the extent that it seeks to add Percheron Growth, LLC as a party defendant. The court grants this motion to the extent that it seeks to add Percheron Growth, LLC as a counterclaim plaintiff.

Discussion between the court and the parties regarding the extension of the discovery deadline and Rule 56.

**ORDERED:** The discovery deadline shall be extended to **February 22, 2013**. The dispositive motions deadline shall be extended to **March 15, 2013**. The current Final Pretrial Conference and Trial Preparation Conference date of March 13, 2013 at 9:00 a.m. shall be **VACATED and RESET to April 16, 2013 at 1:30 p.m.**

The court advises the parties that is shall not, at this time, change the currently set Trial date of April 30, 2013 at 8:30 a.m.

HEARING CONCLUDED.

**Court in recess**: **2:08 p.m.**
Total time in court:   00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.