IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-03233-CBS

ROGER HOPPE II, a resident of Michigan, and
CONUNDRUM COMMUNICATIONS INVESTMENTS, INC., a Michigan corporation,
     Plaintiffs,
v.

PERCHERON ASSOCIATES, LLC, a Delaware limited liability company, and
RONDA S. CANTER, an individual and resident of Massachusetts,
     Defendants;
and

PERCHERON GROWTH, LLC,
     Counterclaim Plaintiff.

_____

## ORDER DISMISSING CIVIL ACTION
_____

This civil action comes before the court on the parties' Stipulation for Dismissal with Prejudice. On February 29, 2012, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 23). The court having reviewed the parties' Stipulation, the entire case file, and the applicable law and now being sufficiently advised in the premises,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice (filed August 5, 2013) (Doc. # 54) is GRANTED and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his, her, or its own attorney fees and costs.

DATED at Denver, Colorado, this 6th day of August, 2013.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge